1  BETSY C. MANIFOLD (SBN 182450)
   RACHELE R. BYRD (SBN 190634)
2  MARISA C. LIVESAY (SBN 223247)
   BRITTANY N. DEJONG (SBN 258766)
3  **WOLF HALDENSTEIN ADLER**
     **FREEMAN & HERZ LLP**
4  750 B Street, Suite 1820
   San Diego, CA 92101
5  Telephone: (619) 239-4599
   Facsimile: (619) 234-4599
6  manifold@whafh.com
   byrd@whafh.com
7  livesay@whafh.com
   dejong@whafh.com
8
   *Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIVA STEIN, | Case No. 8:20-cv-2418-CJC-JDE |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL** |
| v. | |
| COLLECTORS UNIVERSE, INC., A.J. "BERT" MOYER, JOSEPH J. ORLANDO, BRUCE A. STEVENS, KATE W. DUCHENE, VINA M. LEITE, JON M. SULLIVAN, LORRAINE G. BARDEEN, JENNIFER H. LEUER, | JUDGE: Hon. Cormac J. Carney<br>CTRM: 9B |
| Defendants. | |

1  PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure, rule
2  41(a)(1)(A)(i), plaintiff Shiva Stein ("Plaintiff") hereby voluntarily dismisses the above-captioned
3  action (the "Action") with prejudice. Defendants have filed neither an answer nor a motion for
4  summary judgment. Plaintiff's dismissal of the Action is therefore effective upon the filing of this
5  notice.

7  DATED: March 16, 2021

**WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP**

By:   */s/ Rachele R. Byrd*
         RACHELE R. BYRD

BETSY C. MANIFOLD
RACHELE R. BYRD
MARISA C. LIVESAY
BRITTANY N. DEJONG
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
manifold@whafh.com
byrd@whafh.com
livesay@whafh.com
dejong@whafh.com

*Counsel for Plaintiff*

- 1 -